was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C. § 350.

No. 1029. MARYLAND CASUALTY Co. *v.* COUNTY OF ALLEGHENY; and

No. 1099. COUNTY OF ALLEGHENY *v.* MARYLAND CASUALTY Co. May 7, 1945. Petitions for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Duane R. Dills* and *George W. Dexter* for the Maryland Casualty Co. *Messrs. John J. O'Connell* and *Edward G. Bothwell* for Allegheny County. Reported below: 146 F. 2d 633.

No. 1043. O'HARA *v.* DISTRICT OF COLUMBIA. May 7, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. William J. O'Mahony* for petitioner. *Messrs. Richmond B. Keech* and *Vernon E. West* for respondent.

No. 1047. PASQUA ET AL. *v.* UNITED STATES. May 7, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. G. Wray Gill* for petitioners. *Assistant Solicitor General Cox, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 1063. McLAIN ET AL. *v.* LANCE ET AL. May 7, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Douglas W. McGregor* for petitioners.